JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DUNNER,<br><br>    Plaintiff,<br><br>VS.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA LONG TERM DISABILITY PLAN,<br><br>    Defendant. | CASE NO: 09-1732 SJO (RCx)<br><br>JUDGMENT |

**THIS MATTER HAVING COME ON REGULARLY FOR SUMMARY JUDGMENT, AND THE COURT HAVING CONSIDERED THE PAPERS AND EVIDENCE SUBMITTED BY THE PARTIES, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered against defendant The University of Southern California Long Term Disability Plan ("Defendant") and in favor of Plaintiff Stephen Dunner.

The Court construes the Long Term Disability Plan at issue to permit offsets of other benefits only when they are paid for the same loss or injury as caused the

///

1

disability, so that a Plan Participant does not receive a double recovery for the same loss or injury.

As such, Defendant improperly offset amounts plaintiff Stephen Dunner received pursuant to the Workers' Compensation Order of September 9, 2008. Defendant is ordered to reimburse plaintiff for $14,240.12 in principal and $832.97 in interest, and to desist from taking such offsets in the future.

Plaintiff is deemed the prevailing party, and may move for an award of attorney fees on or before April 4, 2011.

Dated: March 29, 2011

*S. James Otero*

_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE